David C. Rose, Esq., NY Bar Reg. No. 2697746
E-Mail: drose@pryorcashman.com
Joshua N. Lipman, Esq., Cal. Bar No. 220451
E-Mail: jlipman@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036-6569
Tel: (212) 421-4100
Fax: (212) 326-0806

Peter J. Anderson, Esq., Cal. Bar No. 088891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON, A P.C.
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040

Attorney for Plaintiff and Counterdefendant
VCL COMMUNICATIONS GMBH and
Counterdefendant DATTY RUTH

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| VCL COMMUNICATIONS GMBH, a German corporate entity,<br><br>    Plaintiff,<br><br>    vs.<br><br>CRYSTAL SKY, LLC, a California limited liability company and STEVEN PAUL, an individual,<br><br>    Defendants.<br><br>CRYSTAL SKY, LLC, a California limited liability company,<br><br>    Counterclaimant,<br><br>    vs.<br><br>VCL COMMUNICATIONS GMBH, a German corporate entity, and DATTY RUTH<br><br>    Counterdefendants. | Case No. CV08-01374 ABC (JWJx)<br><br>**[*PROPOSED*] JUDGMENT**<br><br>Date: November 16, 2009<br>Time: 10:00 a.m.<br><br>Courtroom of the Honorable<br>Audrey B. Collins<br>United States District Judge |

1

# **JUDGMENT**

This action came on for determination before the Court on November 16, 2009, the Honorable Audrey B. Collins, Chief United States District Judge, presiding, on the Motion for Judgment Pursuant to Fed. R. Civ. P. 54(b) of plaintiff-counterdefendant VCL Communications, GmbH ("VCL") and counterdefendant Datty Ruth ("Ruth"), and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED (i) that VCL be awarded relief on its claim for breach of contract against defendant Crystal Sky, LLC in the amount of $3,987,705.21, plus additional interest pursuant to a Settlement Agreement and Mutual Release entered into by VCL and Crystal Sky, LLC as of May 12, 2006 (the "Settlement Agreement") at a rate of 18% per annum that has accrued on $2,154,371.21 of said amount from April 27, 2009 to November 20, 2009 in the amount of $220,985.36, plus additional interest pursuant to the Settlement Agreement on $1,833,334.00 of said amount from May 12, 2009 to November 20, 2009 in the amount of $147,982.45 (which was calculated by accruing and compounding such interest in accordance with the Settlement Agreement at a rate of 10% per annum from May 12, 2009 to June 11, 2009 (amounting to $15,570.78), at a rate of 12% per annum from June 12, 2009 to July 11, 2009 (amounting to $18,235.77), at a rate of 14% per annum from July 12, 2009 to August 10, 2009 (amounting to $21,484.91), at a rate of 16% per annum from August 11, 2009 to September 10, 2009 (amounting to $25,664.61) and at a rate of 18% per annum from September 11, 2009 to November 20, 2009 (amounting to $67,026.38)), for a TOTAL JUDGMENT of $4,356,673.02, plus post-judgment

///

///

interest, plus costs, and (ii) that counterclaimant take nothing and the counterclaims be dismissed on the merits.

Dated: November 20, 2009

_____   *Audrey B. Collins*
       The Honorable Audrey B. Collins
       United States District Judge

Submitted by:

David C. Rose, Esq., NY Bar Reg. No. 2697746
E-Mail: drose@pryorcashman.com
Joshua N. Lipman, Esq., Cal. Bar No. 220451
E-Mail: jlipman@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036-6569
Tel: (212) 421-4100
Fax: (212) 326-0806

Attorneys for Plaintiff and Counterdefendants